

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JOEL MORENO, | § | No. 08-16-00003-CR |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| v. | § | Criminal District Court No. 1 |
|  | § |  |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
|  | § |  |
| State. | § | (TC# 20090D03245) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **August 19, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Gandara, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before August 19, 2016.

IT IS SO ORDERED this 19th day of July, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.